**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| MARY KELLY SUTTON, JOHN HUMISTON, MARY TALLEY BOWDEN, MARK BRODY, RICHARD WILKINSON, PHYSICIANS AND PATIENTS RECLAIMING MEDICINE,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERATION OF STATE MEDICAL BOARDS, INC., KATIE TEMPLETON, KENNETH SIMONS, MEDICAL BOARD OF CALIFORNIA, KIMBERLY KIRCHMEYER, RHODE ISLAND BOARD OF MEDICAL LICENSURE AND DISCIPLINE, NICOLE ALEXANDER-SCOTT, TEXAS MEDICAL BOARD, SHERIF ZAAFRAN, MASSACHUSETTS BOARD OF REGISTRATION IN MEDICINE, JULIAN ROBINSON, NEW YORK STATE BOARD FOR PROFESSIONAL MEDICAL CONDUCT, ANDREW MERRITT, MEDICAL LICENSING BOARD OF INDIANA, JOHN STROBEL, WASHINGTON MEDICAL COMMISSION, CLAIRE TRESCOTT, CHARITY DEAN,<br><br>Defendants. | § | Civil Action No.: 4:25-cv-01230-P |

**DEFENDANTS FEDERATION OF STATE MEDICAL BOARDS, INC., KATIE TEMPLETON, AND KENNETH SIMONS'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Defendants Federation of State Medical Boards, Inc., Katie Templeton, and Kenneth Simons (the "FSMB Defendants") move to dismiss Plaintiffs' First Amended Complaint (ECF No. 101) pursuant to Federal Rule of Civil Procedure 12(b)(6). In support thereof, the FSMB Defendants rely on the concurrently filed Brief in Support of Motion to Dismiss.

DATED: July 24, 2026

Respectfully Submitted,

/s/ *Grant K. Schmidt*
Grant K. Schmidt
Texas Bar No. 24084579
Hannah Luke
Texas Bar No. 24131898
HILGERS PLLC
8750 N. Central Expressway, Suite 750
Dallas, TX 75230
Telephone: 469-751-2819
Facsimile: 402-413-1880
Email: gschmidt@hilgerslaw.com
Email: hluke@hilgerslaw.com

Eric M. Fish (*admitted pro hac vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
401 9th Street, NW, Suite 550
Washington, DC 20004
Telephone: (202) 905-2163
Facsimile: (202) 609-8931
Email: efish@hooperlundy.com

Heather M. Romero (*admitted pro hac vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, Massachusetts 02210
Telephone: (617) 632-2717
Facsimile: (617) 848-0625
Email: hromero@hooperlundy.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of July, 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF filing system, which will send a notice of electronic filing to all counsel of record.

/s/ *Grant K. Schmidt*
Grant K. Schmidt