**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| MARY KELLY SUTTON, JOHN HUMISTON, MARY TALLEY BOWDEN, MARK BRODY, RICHARD WILKINSON, PHYSICIANS AND PATIENTS RECLAIMING MEDICINE, | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No.: 4:25-cv-01230-P |
| FEDERATION OF STATE MEDICAL BOARDS, INC., KATIE TEMPLETON, KENNETH SIMONS, MEDICAL BOARD OF CALIFORNIA, KIMBERLY KIRCHMEYER, RHODE ISLAND BOARD OF MEDICAL LICENSURE AND DISCIPLINE, NICOLE ALEXANDER-SCOTT, TEXAS MEDICAL BOARD, SHERIF ZAAFRAN, MASSACHUSETTS BOARD OF REGISTRATION IN MEDICINE, JULIAN ROBINSON, NEW YORK STATE BOARD FOR PROFESSIONAL MEDICAL CONDUCT, ANDREW MERRITT, MEDICAL LICENSING BOARD OF INDIANA, JOHN STROBEL, WASHINGTON MEDICAL COMMISSION, CLAIRE TRESCOTT, CHARITY DEAN, | § | |
| Defendants. | § | |

**ORDER ON DEFENDANTS FEDERATION OF STATE MEDICAL BOARDS, INC., KATIE TEMPLETON, AND KENNETH SIMONS'S MOTION TO DISMISS**

Defendants Federation of State Medical Boards, Inc., Katie Templeton, and Kenneth Simons (collectively, "FSMB Defendants") filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion").

Having considered the Motion and the parties' briefing, the Court GRANTS the motion.

IT IS HEREBY ORDERED that Defendants Federation of State Medical Board, Inc., Katie Templeton, and Kenneth Simons are DISMISSED from the above captioned action with prejudice.

SO ORDERED on this ________ day of ______________, 2026.

______________________________________

Mark T. Pittman
UNITED STATES DISTRICT JUDGE