IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MARY KELLY SUTTON, JOHN HUMISTON, MARY TALLEY BOWDEN, MARK BRODY, RICHARD WILKINSON, PHYSICIANS AND PATIENTS RECLAIMING MEDICINE,<br>Plaintiffs,<br><br>v.<br><br>FEDERATION OF STATE MEDICAL BOARDS, INC., KATIE TEMPLETON, KENNETH SIMONS, MEDICAL BOARD OF CALIFORNIA, KIMBERLY KIRCHMEYER, RHODE ISLAND BOARD OF MEDICAL LICENSURE AND DISCIPLINE, NICOLE ALEXANDER-SCOTT, TEXAS MEDICAL BOARD, SHERIF ZAAFRAN, MASSACHUSETTS BOARD OF REGISTRATION IN MEDICINE, JULIAN ROBINSON, NEW YORK STATE BOARD FOR PROFESSIONAL MEDICAL CONDUCT, ANDREW MERRITT, MEDICAL LICENSING BOARD OF INDIANA, JOHN STROBEL, WASHINGTON MEDICAL COMMISSION, CLAIRE TRESCOTT, CHARITY DEAN,<br><br>Defendants. | No. 4:25-cv-01230-P |

**PLAINTIFFS' OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 12(b)(2)**

Now come Plaintiffs in the above-captioned matter and, by undersigned counsel, respectfully oppose the state medical board Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint ("FAC") under Fed. R. Civ. P. Rule 12(b)(2) for lack of personal jurisdiction. As reasons therefor, Plaintiffs state that the conspiracy pleaded in Count II and the overt acts thereof pleaded in Count I of the FAC were related to or arose out of the state medical board Defendants' contacts with the Northern District of Texas. Plaintiffs further state that persona jurisdiction over the state medical board Defendants is fair and reasonable because their

conspiracy, as pleaded in Count II of the FAC, projects across state lines and asserts a pseudo-national executive authority to prohibit licensed physicians from disseminating non-consensus viewpoints concerning medical information. Plaintiffs annex a Brief in support of this Response.

Dated: August 12, 2026

Respectfully submitted,

Ilya I. Feoktistov (*pro hac vice*)
Law Office of Ilya Feoktistov
60 Burnham Dr.
Falmouth, MA 02540
Telephone: 617-462-7938
Email: if@ilyafeoktistov.com

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered as CM/ECF users, on this August 12, 2026.

Ilya Feoktistov