IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

MARY KELLY SUTTON, JOHN HUMISTON, MARY TALLEY BOWDEN, MARK BRODY, RICHARD WILKINSON, PHYSICIANS AND PATIENTS RECLAIMING MEDICINE,

Plaintiffs,

v.

FEDERATION OF STATE MEDICAL BOARDS, INC., KATIE TEMPLETON, KENNETH SIMONS, MEDICAL BOARD OF CALIFORNIA, KIMBERLY KIRCHMEYER, RHODE ISLAND BOARD OF MEDICAL LICENSURE AND DISCIPLINE, NICOLE ALEXANDER-SCOTT, TEXAS MEDICAL BOARD, SHERIF ZAAFRAN, MASSACHUSETTS BOARD OF REGISTRATION IN MEDICINE, JULIAN ROBINSON, NEW YORK STATE BOARD FOR PROFESSIONAL MEDICAL CONDUCT, ANDREW MERRITT, MEDICAL LICENSING BOARD OF INDIANA, JOHN STROBEL, WASHINGTON MEDICAL COMMISSION, CLAIRE TRESCOTT, CHARITY DEAN,

Defendants.

No. 4:25-cv-01230-P

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION TO RECONSIDER ORDER DENYING FINAL MOTION TO EXTEND TIME**

**TABLE OF CONTENTS**

1. Exhibit A – Party Negotiations May 31-June 30, 2026......................................................3

2. Exhibit B – Party Negotiations August 17, 2026.............................................................33

# Exhibit A

**if@ilyafeoktistov.com**

**From:** Carter Jansen <Carter.Jansen@doj.ca.gov>
**Sent:** Tuesday, June 30, 2026 2:30 PM
**To:** Ilya Feoktistov
**Cc:** sarah.e.smith-levy@atg.wa.gov; 'Rob Millimet'; 'Clayton Mahaffey'; 'Andrew Boone'; 'Marissa Pizana'; 'McHenry, James (HEALTH)'; 'Jack Woodcock'; 'Petrus Wassdorf'; botoole@griffithdavison.com; 'Hannah Luke'; 'Eric M. Fish'; Kristin Liska; 'Rysedorph, Danielle L (HEALTH)'; 'Scott Freshour'; 'Brint Carlton'; 'Zachos, George (DPH)'; 'Jordan Parker'; slange@viteklange.com; 'Jennifer S. Richards'; 'Nayeem N. Mohammed'
**Subject:** Re: Redlined Amended Complaint

Thanks, Ilya. I plan to file shortly before 5 pm CT.

Get Outlook for iOS

---

**From:** Ilya Feoktistov <if@ilyafeoktistov.com>
**Sent:** Tuesday, 30 June 2026 11:25:54
**To:** Carter Jansen <Carter.Jansen@doj.ca.gov>
**Cc:** sarah.e.smith-levy@atg.wa.gov <sarah.e.smith-levy@atg.wa.gov>; 'Rob Millimet' <rob@richardslawpllc.com>; 'Clayton Mahaffey' <cmahaffey@burnscharest.com>; 'Andrew Boone' <aboone@canteyhanger.com>; 'Marissa Pizana' <MPizana@riag.ri.gov>; 'McHenry, James (HEALTH)' <James.McHenry@health.ny.gov>; 'Jack Woodcock' <jwoodcock@PierceAtwood.com>; 'Petrus Wassdorf' <pwassdorf@hslawmail.com>; botoole@griffithdavison.com <botoole@griffithdavison.com>; 'Hannah Luke' <hluke@hilgerslaw.com>; 'Eric M. Fish' <efish@hooperlundy.com>; Kristin Liska <Kristin.Liska@doj.ca.gov>; 'Rysedorph, Danielle L (HEALTH)' <Danielle.Rysedorph@health.ny.gov>; 'Scott Freshour' <Scott.Freshour@tmb.texas.gov>; 'Brint Carlton' <Brint.Carlton@tmb.texas.gov>; 'Zachos, George (DPH)' <george.zachos@mass.gov>; 'Jordan Parker' <jparker@canteyhanger.com>; slange@viteklange.com <slange@viteklange.com>; 'Jennifer S. Richards' <jrichards@richardslawpllc.com>; 'Nayeem N. Mohammed' <nayeem@nnmpc.com>
**Subject:** Re: RE: RE: RE: RE: RE: Redlined Amended Complaint

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Ok, great, I will wait for you to file first.

Sent from Proton Mail for iOS.

-------- Original Message --------
On Tuesday, 06/30/26 at 14:16 Carter Jansen <Carter.Jansen@doj.ca.gov> wrote:

Hi Ilya,

That's correct; none of the defendants would oppose you filing the second half of the motion for an extension of the Scheduling Order deadlines. Thank you!

Carter

**Carter M. Jansen** | Deputy Attorney General

California Department of Justice | Government Law Section

(213) 269-6601 | carter.jansen@doj.ca.gov

---

**From:** Ilya Feoktistov <if@ilyafeoktistov.com>
**Sent:** Tuesday, June 30, 2026 10:56 AM
**To:** Carter Jansen <Carter.Jansen@doj.ca.gov>
**Cc:** sarah.e.smith-levy@atg.wa.gov; 'Rob Millimet' <rob@richardslawpllc.com>; 'Clayton Mahaffey' <cmahaffey@burnscharest.com>; 'Andrew Boone' <aboone@canteyhanger.com>; 'Marissa Pizana' <MPizana@riag.ri.gov>; 'McHenry, James (HEALTH)' <James.McHenry@health.ny.gov>; 'Jack Woodcock' <jwoodcock@PierceAtwood.com>; 'Petrus Wassdorf' <pwassdorf@hslawmail.com>; botoole@griffithdavison.com; 'Hannah Luke' <hluke@hilgerslaw.com>; 'Eric M. Fish' <efish@hooperlundy.com>; Kristin Liska <Kristin.Liska@doj.ca.gov>; 'Rysedorph, Danielle L (HEALTH)' <Danielle.Rysedorph@health.ny.gov>; 'Scott Freshour' <Scott.Freshour@tmb.texas.gov>; 'Brint Carlton' <Brint.Carlton@tmb.texas.gov>; 'Zachos, George (DPH)' <george.zachos@mass.gov>; 'Jordan Parker' <jparker@canteyhanger.com>; slange@viteklange.com; 'Jennifer S. Richards' <jrichards@richardslawpllc.com>; 'Nayeem N. Mohammed' <nayeem@nnmpc.com>
**Subject:** Re: RE: RE: RE: RE: Redlined Amended Complaint

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Just to reiterate what I said at the beginning, to underscore that Plaintiffs' assent to the 60 day extension is contingent on Defendants' assent to the Rule 16 extensions (otherwise Plaintiffs will have to oppose):

"We would assent to a motion to extend. I believe Washington would like 60 days to answer after accepting service yesterday, and plaintiffs will just need a month total to oppose all the motions to dismiss. However, given that the court has unstayed all deadlines in its scheduling order, your motion to extend also would need to include a Rule 16 request to extend the remaining case deadlines accordingly."

Sent from Proton Mail for iOS.

-------- Original Message --------
On Tuesday, 06/30/26 at 13:48 Ilya Feoktistov <if@ilyafeoktistov.com> wrote:

> As long as Plaintiffs may file the second part unopposed; the Defendants may file the first one unopposed as well. May Plaintiffs file the second part unopposed?
>
> Sent from Proton Mail for iOS.
>
> -------- Original Message --------
> On Tuesday, 06/30/26 at 13:43 Carter Jansen <Carter.Jansen@doj.ca.gov> wrote:
>
>> Thank you, Ilya.
>>
>> We will style this as an unopposed motion coming from the Defendants only. However, if Plaintiffs aren't joining the motion, we think it makes sense for Plaintiffs to handle filing the extension motion for the Scheduling Order (the second half of the motion). It seems most appropriate for Plaintiffs to be the movants on that request.
>>
>> Feel free to call me if you have any questions. We will get the first half of this motion on file, without joining Plaintiffs.
>>
>> Carter
>>
>> **Carter M. Jansen** | Deputy Attorney General
>>
>> California Department of Justice | Government Law Section
>>
>> (213) 269-6601 | carter.jansen@doj.ca.gov

**From:** Ilya Feoktistov <if@ilyafeoktistov.com>
**Sent:** Tuesday, June 30, 2026 9:40 AM
**To:** Carter Jansen <Carter.Jansen@doj.ca.gov>
**Cc:** sarah.e.smith-levy@atg.wa.gov; 'Rob Millimet' <rob@richardslawpllc.com>; 'Clayton Mahaffey' <cmahaffey@burnscharest.com>; 'Andrew Boone' <aboone@canteyhanger.com>; 'Marissa Pizana' <MPizana@riag.ri.gov>; 'McHenry, James (HEALTH)' <James.McHenry@health.ny.gov>; 'Jack Woodcock' <jwoodcock@PierceAtwood.com>; 'Petrus Wassdorf' <pwassdorf@hslawmail.com>; botoole@griffithdavison.com; 'Hannah Luke' <hluke@hilgerslaw.com>; 'Eric M. Fish' <efish@hooperlundy.com>; Kristin Liska <Kristin.Liska@doj.ca.gov>; 'Rysedorph, Danielle L (HEALTH)' <Danielle.Rysedorph@health.ny.gov>; 'Scott Freshour' <Scott.Freshour@tmb.texas.gov>; 'Brint Carlton' <Brint.Carlton@tmb.texas.gov>; 'Zachos, George (DPH)' <george.zachos@mass.gov>; 'Jordan Parker' <jparker@canteyhanger.com>; slange@viteklange.com; 'Jennifer S. Richards' <jrichards@richardslawpllc.com>; 'Nayeem N. Mohammed' <nayeem@nnmpc.com>
**Subject:** Re: RE: RE: RE: Redlined Amended Complaint

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Carter,

1. Plaintiffs will assent to but will not join this motion. Please remove them from the party lists and plaintiffs' counsel from the signature line, as well as references to "the parties."

2. Please remove "state government officials sued in their official capacities," from: "Plaintiffs assert that no Defendant is immune from suit; but Plaintiffs concede that, under Fifth Circuit precedent, discovery from the state government Defendants and the state officials sued in their official capacities is impermissible unless and until their immunity defenses are resolved." Plaintiffs are not seeking any damages and believe that they sufficiently have previewed their Ex Parte Young argument for the court in the Motion to Amend and Join.

3. Please delete: "the Parties nevertheless agree that discovery is not permitted while the Defendants' immunity-based motions are pending." The FSMB has no immunity defense and Plaintiffs intend to start discovery from FSMB shortly.

Otherwise good to go.

Best,

Ilya

-------- Original Message --------
On Friday, 06/26/26 at 13:19 Carter Jansen <Carter.Jansen@doj.ca.gov> wrote:

> Thank you, Ilya. That sounds good to us; I will get started on drafting the motion.
>
> Carter
>
> **Carter M. Jansen** | Deputy Attorney General
>
> California Department of Justice | Government Law Section
>
> (213) 269-6601 | carter.jansen@doj.ca.gov
>
> ---
>
> **From:** if@ilyafeoktistov.com <if@ilyafeoktistov.com>
> **Sent:** Wednesday, June 24, 2026 12:54 PM
> **To:** Carter Jansen <Carter.Jansen@doj.ca.gov>; sarah.e.smith-levy@atg.wa.gov
> **Cc:** 'Rob Millimet' <rob@richardslawpllc.com>; 'Clayton Mahaffey' <cmahaffey@burnscharest.com>; 'Andrew Boone' <aboone@canteyhanger.com>; 'Marissa Pizana' <MPizana@riag.ri.gov>; 'McHenry, James (HEALTH)' <James.McHenry@health.ny.gov>; 'Jack Woodcock' <jwoodcock@PierceAtwood.com>; 'Petrus Wassdorf' <pwassdorf@hslawmail.com>;

botoole@griffithdavison.com; 'Hannah Luke' <hluke@hilgerslaw.com>; 'Eric M. Fish' <efish@hooperlundy.com>; Kristin Liska <Kristin.Liska@doj.ca.gov>; 'Rysedorph, Danielle L (HEALTH)' <Danielle.Rysedorph@health.ny.gov>; 'Scott Freshour' <Scott.Freshour@tmb.texas.gov>; 'Brint Carlton' <Brint.Carlton@tmb.texas.gov>; 'Zachos, George (DPH)' <george.zachos@mass.gov>; 'Jordan Parker' <jparker@canteyhanger.com>; slange@viteklange.com; 'Jennifer S. Richards' <jrichards@richardslawpllc.com>; 'Nayeem N. Mohammed' <nayeem@nnmpc.com>
**Subject:** RE: RE: RE: Redlined Amended Complaint

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Carter,

We would assent to a motion to extend. I believe Washington would like 60 days to answer after accepting service yesterday, and plaintiffs will just need a month total to oppose all the motions to dismiss. However, given that the court has unstayed all deadlines in its scheduling order, your motion to extend also would need to include a Rule 16 request to extend the remaining case deadlines accordingly.

Best,

Ilya

**From:** Carter Jansen <Carter.Jansen@doj.ca.gov>
**Sent:** Tuesday, June 23, 2026 4:42 PM
**To:** if@ilyafeoktistov.com; sarah.e.smith-levy@atg.wa.gov
**Cc:** 'Rob Millimet' <rob@richardslawpllc.com>; 'Clayton Mahaffey' <cmahaffey@burnscharest.com>; 'Andrew

Boone' <aboone@canteyhanger.com>; 'Marissa Pizana' <MPizana@riag.ri.gov>; 'McHenry, James (HEALTH)' <James.McHenry@health.ny.gov>; 'Jack Woodcock' <jwoodcock@PierceAtwood.com>; 'Petrus Wassdorf' <pwassdorf@hslawmail.com>; botoole@griffithdavison.com; 'Hannah Luke' <hluke@hilgerslaw.com>; 'Eric M. Fish' <efish@hooperlundy.com>; Kristin Liska <Kristin.Liska@doj.ca.gov>; 'Rysedorph, Danielle L (HEALTH)' <Danielle.Rysedorph@health.ny.gov>; 'Scott Freshour' <Scott.Freshour@tmb.texas.gov>; 'Brint Carlton' <Brint.Carlton@tmb.texas.gov>; 'Zachos, George (DPH)' <george.zachos@mass.gov>; 'Jordan Parker' <jparker@canteyhanger.com>; slange@viteklange.com; 'Jennifer S. Richards' <jrichards@richardslawpllc.com>; 'Nayeem N. Mohammed' <nayeem@nnmpc.com>
**Subject:** RE: RE: RE: Redlined Amended Complaint

Hi Ilya,

It's our understanding that the Washington Defendants will need time beyond July 14 to respond to the complaint. We think having all defendants on the same briefing schedule will be easier and more efficient for the Court. Accordingly, would you be amenable to extending the deadline for all defendants to whatever date is selected for the Washington Defendants (of course accompanied by an extension for plaintiffs' oppositions, as well)?

If we cannot yet come to an agreement as to the briefing schedule for all defendants, it may be a good idea to at least get the July 14 and August 17 extensions on file with the Court, as the original deadline for non-WA defendants to respond (June 29) is coming up soon.

Best,

Carter

**Carter M. Jansen** | Deputy Attorney General

California Department of Justice | Government Law Section

(213) 269-6601 | carter.jansen@doj.ca.gov

---

**From:** if@ilyafeoktistov.com <if@ilyafeoktistov.com>
**Sent:** Thursday, June 18, 2026 3:28 PM
**To:** Carter Jansen <Carter.Jansen@doj.ca.gov>; sarah.e.smith-levy@atg.wa.gov
**Cc:** 'Rob Millimet' <rob@richardslawpllc.com>; 'Clayton Mahaffey' <cmahaffey@burnscharest.com>; 'Andrew Boone' <aboone@canteyhanger.com>; 'Marissa Pizana' <MPizana@riag.ri.gov>; 'McHenry, James (HEALTH)' <James.McHenry@health.ny.gov>; 'Jack Woodcock' <jwoodcock@PierceAtwood.com>; 'Petrus Wassdorf' <pwassdorf@hslawmail.com>; botoole@griffithdavison.com; 'Hannah Luke' <hluke@hilgerslaw.com>; 'Eric M. Fish' <efish@hooperlundy.com>; Kristin Liska <Kristin.Liska@doj.ca.gov>; 'Rysedorph, Danielle L (HEALTH)' <Danielle.Rysedorph@health.ny.gov>; 'Scott Freshour' <Scott.Freshour@tmb.texas.gov>; 'Brint Carlton' <Brint.Carlton@tmb.texas.gov>; 'Zachos, George (DPH)' <george.zachos@mass.gov>; 'Jordan Parker' <jparker@canteyhanger.com>; slange@viteklange.com; 'Jennifer S. Richards' <jrichards@richardslawpllc.com>; 'Nayeem N. Mohammed' <nayeem@nnmpc.com>
**Subject:** RE: RE: RE: Redlined Amended Complaint

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi everyone,

Please welcome Washington AAG Sarah Smith-Levy, who has reached out to me on behalf of the Washington defendants, and whom I have added to this email thread. Sarah's email is sarah.e.smith-levy@atg.wa.gov.

Sarah has indicated that she would be fine with joining the current briefing schedule. Sarah, is an extension to July 14 sufficient for the Washington defendants? If so, Plaintiffs would have 21 days to oppose under the local rules. If we can extend that to August 17, it should be more or less commensurate.

Note that the court has unstayed all other deadlines in this case, so we’re under some time pressure again.

Best,

Ilya

---

**From:** Carter Jansen <Carter.Jansen@doj.ca.gov>
**Sent:** Thursday, June 18, 2026 11:57 AM
**To:** Ilya Feoktistov <if@ilyafeoktistov.com>
**Cc:** 'Rob Millimet' <rob@richardslawpllc.com>; 'Clayton Mahaffey' <cmahaffey@burnscharest.com>; 'Andrew Boone' <aboone@canteyhanger.com>; 'Marissa Pizana' <MPizana@riag.ri.gov>; 'McHenry, James (HEALTH)' <James.McHenry@health.ny.gov>; 'Jack Woodcock' <jwoodcock@PierceAtwood.com>; 'Petrus Wassdorf' <pwassdorf@hslawmail.com>; botoole@griffithdavison.com; 'Hannah Luke' <hluke@hilgerslaw.com>; 'Eric M. Fish' <efish@hooperlundy.com>; Kristin Liska <Kristin.Liska@doj.ca.gov>; 'Rysedorph, Danielle L (HEALTH)' <Danielle.Rysedorph@health.ny.gov>; 'Scott Freshour' <Scott.Freshour@tmb.texas.gov>; 'Brint Carlton' <Brint.Carlton@tmb.texas.gov>; 'Zachos, George (DPH)' <george.zachos@mass.gov>; 'Jordan Parker' <jparker@canteyhanger.com>; slange@viteklange.com; 'Jennifer S. Richards' <jrichards@richardslawpllc.com>; 'Nayeem N. Mohammed' <nayeem@nnmpc.com>
**Subject:** RE: RE: RE: Redlined Amended Complaint

Thanks, Ilya. We're happy to provide a reciprocal extension.

It occurred to us that it might be most efficient to wait until Washington formally enters the case before dates are selected. This approach would avoid creating multiple deadlines and ensure that Washington is not disadvantaged by a schedule agreed to while they wait to be served and officially enter the case.

Perhaps we can enter a stipulation now extending non-WA defendants' time to file MTDs to July 14, and likewise extending your time to file oppositions, with a note that these deadlines will likely be further extended and additional briefing dates selected once WA formally enters the case.

**Carter M. Jansen** | Deputy Attorney General

California Department of Justice | Government Law Section

(213) 269-6601 | carter.jansen@doj.ca.gov

---

**From:** Ilya Feoktistov <if@ilyafeoktistov.com>
**Sent:** Tuesday, June 16, 2026 7:18 PM
**To:** Carter Jansen <Carter.Jansen@doj.ca.gov>
**Cc:** 'Rob Millimet' <rob@richardslawpllc.com>; 'Clayton Mahaffey' <cmahaffey@burnscharest.com>; 'Andrew Boone' <aboone@canteyhanger.com>; 'Marissa Pizana' <MPizana@riag.ri.gov>; 'McHenry, James (HEALTH)' <James.McHenry@health.ny.gov>; 'Jack Woodcock' <jwoodcock@PierceAtwood.com>; 'Petrus Wassdorf' <pwassdorf@hslawmail.com>; botoole@griffithdavison.com; 'Hannah Luke' <hluke@hilgerslaw.com>; 'Eric M. Fish' <efish@hooperlundy.com>; Kristin Liska <Kristin.Liska@doj.ca.gov>; 'Rysedorph, Danielle L (HEALTH)' <Danielle.Rysedorph@health.ny.gov>; 'Scott Freshour' <Scott.Freshour@tmb.texas.gov>; 'Brint Carlton' <Brint.Carlton@tmb.texas.gov>; 'Zachos, George (DPH)' <george.zachos@mass.gov>; 'Jordan Parker' <jparker@canteyhanger.com>; slange@viteklange.com; 'Jennifer S. Richards'

<jrichards@richardslawpllc.com>; 'Nayeem N. Mohammed' <nayeem@nnmpc.com>
**Subject:** Re: RE: RE: Redlined Amended Complaint

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

No problem, if plaintiffs have a reciprocal extension. Yes, let's file a proposed briefing schedule.

Sent from Proton Mail for iOS.

-------- Original Message --------
On Monday, 06/15/26 at 18:27 Carter Jansen <Carter.Jansen@doj.ca.gov> wrote:

Hi Ilya,

Apologies for the delay in responding to your previous email.

Now that the amended complaint has been properly filed and accepted by the court, would you be amenable to an approximately 2-week extension for defendants' responses, to **July 14, 2026**? This is the date that our replies in support of the initial motions to dismiss would have been due. We are also happy to discuss the other deadlines for the anticipated MTDs; perhaps we could file a proposed briefing schedule as we did the first time around.

Best,

Carter

**Carter M. Jansen** | Deputy Attorney General

California Department of Justice | Government Law Section

(213) 269-6601 | carter.jansen@doj.ca.gov

---

**From:** Ilya Feoktistov <if@ilyafeoktistov.com>
**Sent:** Monday, June 15, 2026 9:31 AM
**To:** if@ilyafeoktistov.com; 'Rob Millimet' <rob@richardslawpllc.com>; 'Clayton Mahaffey' <cmahaffey@burnscharest.com>; 'Andrew Boone' <aboone@canteyhanger.com>; Carter Jansen <Carter.Jansen@doj.ca.gov>; 'Marissa Pizana' <MPizana@riag.ri.gov>; 'McHenry, James (HEALTH)' <James.McHenry@health.ny.gov>; 'Jack Woodcock' <jwoodcock@PierceAtwood.com>; 'Petrus Wassdorf' <pwassdorf@hslawmail.com>; botoole@griffithdavison.com; 'Hannah Luke' <hluke@hilgerslaw.com>; 'Eric M. Fish' <efish@hooperlundy.com>; Kristin Liska <Kristin.Liska@doj.ca.gov>; 'Rysedorph, Danielle L (HEALTH)' <Danielle.Rysedorph@health.ny.gov>; 'Scott Freshour' <Scott.Freshour@tmb.texas.gov>; 'Brint Carlton' <Brint.Carlton@tmb.texas.gov>; 'Zachos, George (DPH)' <george.zachos@mass.gov>; 'Jordan Parker' <jparker@canteyhanger.com>; slange@viteklange.com; 'Jennifer S. Richards' <jrichards@richardslawpllc.com>
**Cc:** 'Nayeem N. Mohammed' <nayeem@nnmpc.com>
**Subject:** Re: RE: Redlined Amended Complaint

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi everyone,

No hard feelings. Please, let's be kinder to each other going forward.

We will get Washington served this week. Are the 14 days to respond to the First Amended Complaint under Rule 15 sufficient for you?

Best,

Ilya

Sent from Proton Mail for iOS.

-------- Original Message --------
On Tuesday, 06/09/26 at 21:27 if@ilyafeoktistov.com wrote:

> P.S., it also makes little sense to litigate the motions to dismiss the original complaint first, given that the amended complaint:

1. Voluntarily dismisses two of the original claims against all Defendants.
2. Voluntarily dismisses all claims for money damages against all state medical boards and their members in their official capacities (and does not bring any under the Clayton Act).
3. Voluntarily dismisses all claims that the FSMB directly violated 42 U.S.C. § 1983.
4. Limits the theories for FSMB state actor liability solely to the FSMB's participation in a conspiracy to violate 42 U.S.C. § 1983 with the state actor Defendants. The amended complaint discards

multiple alternative theories pleaded in the original complaint, which had taken up many paragraphs, but which were a poor fit.

Seems like a waste of judicial resources, and of ours.

---

**From:** if@ilyafeoktistov.com <if@ilyafeoktistov.com>
**Sent:** Tuesday, June 9, 2026 7:46 PM
**To:** 'Rob Millimet' <rob@richardslawpllc.com>; 'Clayton Mahaffey' <cmahaffey@burnscharest.com>; 'Andrew Boone' <aboone@canteyhanger.com>; 'Carter Jansen' <Carter.Jansen@doj.ca.gov>; 'Marissa Pizana' <MPizana@riag.ri.gov>; 'McHenry, James (HEALTH)' <James.McHenry@health.ny.gov>; 'Jack Woodcock' <jwoodcock@PierceAtwood.com>; 'Petrus

Wassdorf' <pwassdorf@hslawmail.com>; botoole@griffithdavison.com; 'Hannah Luke' <hluke@hilgerslaw.com>; 'Eric M. Fish' <efish@hooperlundy.com>; 'Kristin Liska' <Kristin.Liska@doj.ca.gov>; 'Rysedorph, Danielle L (HEALTH)' <Danielle.Rysedorph@health.ny.gov>; 'Scott Freshour' <Scott.Freshour@tmb.texas.gov>; 'Brint Carlton' <Brint.Carlton@tmb.texas.gov>; 'Zachos, George (DPH)' <george.zachos@mass.gov>; 'Jordan Parker' <jparker@canteyhanger.com>; slange@viteklange.com; 'Jennifer S. Richards' <jrichards@richardslawpllc.com>
**Cc:** 'Nayeem N. Mohammed' <nayeem@nnmpc.com>
**Subject:** RE: Redlined Amended Complaint

Hi Rob and others,

I see what happened now, and I intend to file a motion to amend and join ASAP. You may move to strike or simply oppose, but here are my contributions to

conferring on the matter:

Based on the docket text “Joinder of Parties due by 5/29/2026. Amended Pleadings due by 5/29/2026,” which somehow took precedence in my mind over the underlying text of the order, I had misunderstood the May 29, 2026 deadline to extend the May 15, 2026 deadline to amend as a matter of course under Rule 15(a)(1)(B), with 21 days after service of a motion under Rule 12(b). This made sense to me as a matter of logic and equity. Obviously, I would have hustled to meet the earlier deadline if I had known this was not the case.

Given that all Defendants had received extended time periods to serve motions to dismiss on April 24, 2026, this additional time given to defendants for drafting motions to

dismiss should correspond to additional time given to plaintiffs for curing, by amendment as a matter of course, any deficiencies raised in those motions. As to the timeliness of joining the new parties, in the Fifth Circuit, leave of court is not required to join new parties in amended complaints, and Rule 15 takes precedence over Rule 21. *See McLellan v. Mississippi Power & Light Co.*, 526 F.2d 870, 873 (5th Cir. 1976). Thus, again, I would have hustled to join the new parties by May 15, 2026 had I known that the May 29, 2026 deadline required leave of court.

Given that 1) the amended complaint cures several deficiencies in or makes important clarification to the original complaint that would be wasteful to litigate and relitigate; given that 2) the Washington parties

could not be joined earlier than April 1, 2026 due to a pending petition by the Washington defendants at that state's supreme court; and given that 3) courts should freely give leave to amend when justice so requires; I would request that the Defendants assent to the motion for leave to amend or join. This is especially so of the Indiana Defendants, who missed their own deadline to answer the original complaint and received an assented-to extension to do so *nunc pro tunc*.

Best regards,

Ilya

---

**From:** Rob Millimet <rob@richardslawpllc.com>
**Sent:** Tuesday, June 9,

2026 6:28 PM
**To:** if@ilyafeoktistov.com; 'Clayton Mahaffey' <cmahaffey@burnscharest.com>; 'Andrew Boone' <aboone@canteyhanger.com>; 'Carter Jansen' <Carter.Jansen@doj.ca.gov>; 'Marissa Pizana' <MPizana@riag.ri.gov>; 'McHenry, James (HEALTH)' <James.McHenry@health.ny.gov>; 'Jack Woodcock' <jwoodcock@PierceAtwood.com>; 'Petrus Wassdorf' <pwassdorf@hslawmail.com>; botoole@griffithdavison.com; 'Hannah Luke' <hluke@hilgerslaw.com>; 'Eric M. Fish' <efish@hooperlundy.com>; 'Kristin Liska' <Kristin.Liska@doj.ca.gov>; 'Rysedorph, Danielle L (HEALTH)' <Danielle.Rysedorph@health.ny.gov>; 'Scott Freshour' <Scott.Freshour@tmb.texas.gov>; 'Brint Carlton' <Brint.Carlton@tmb.texas.gov>; 'Zachos, George (DPH)' <george.zachos@mass.gov>; 'Jordan Parker' <jparker@canteyhanger.com>; slange@viteklange.com; Jennifer S. Richards <jrichards@richardslawpllc.com>
**Cc:** 'Nayeem N. Mohammed' <nayeem@nnmpc.com>

**Subject:** RE: Redlined Amended Complaint

Counsel:

The "Indiana Defendants" (and I believe other defendants) do not believe there is any obligation to respond to plaintiffs' amended complaint as it was filed without leave of court to do so. Even if our clients were deemed to have a deadline to respond, we would respond by filing a motion to strike the amended pleading as improper. Under the local rules, to file such a motion to strike, we would need to confer with plaintiffs. Thus, please accept this email as our effort to confer on such a motion to strike.

Alternatively, we suggest that the parties agree to forego such motion practice by instead filing a joint stipulation that says:

- Leave was not sought to file the amended complaint;

- Some or all defendants intend to file a motion to strike as a result; but
- In lieu of that motion practice, the parties agree to finish the current motion to dismiss briefing schedule based on the original complaint, plaintiffs will seek leave to file an amended complaint in response to the motions to dismiss, plaintiffs agree no responses are needed to the current amended complaint as a result, such defendants agree not to oppose as untimely the addition of the Washington defendants in an amended complaint, and such defendants otherwise reserve all their rights to defend against the amended complaint after the court rules on their

pending motions to dismiss the original complaint.

Please let us know your thoughts or if a call is needed. Thank you.

RICHARDS LAW PLLC
**Robert M. Millimet**
**Partner**
D 469.860.8446
richardslawpllc.com

---

**From:** if@ilyafeoktistov.com <if@ilyafeoktistov.com>
**Sent:** Tuesday, June 9, 2026 3:10 PM
**To:** if@ilyafeoktistov.com; 'Clayton Mahaffey' <cmahaffey@burnscharest.com>; 'Andrew Boone' <aboone@canteyhanger.com>; Rob Millimet <rob@richardslawpllc.com>; 'Carter Jansen' <Carter.Jansen@doj.ca.gov>; 'Marissa Pizana' <MPizana@riag.ri.gov>; 'McHenry, James (HEALTH)' <James.McHenry@health.ny.gov>; 'Jack Woodcock' <jwoodcock@PierceAtwood.com>; 'Petrus Wassdorf'

<pwassdorf@hslawmail.com>; botoole@griffithdavison.com; 'Hannah Luke' <hluke@hilgerslaw.com>; 'Eric M. Fish' <efish@hooperlundy.com>; 'Kristin Liska' <Kristin.Liska@doj.ca.gov>; 'Rysedorph, Danielle L (HEALTH)' <Danielle.Rysedorph@health.ny.gov>; 'Scott Freshour' <Scott.Freshour@tmb.texas.gov>; 'Brint Carlton' <Brint.Carlton@tmb.texas.gov>; 'Zachos, George (DPH)' <george.zachos@mass.gov>; 'Jordan Parker' <jparker@canteyhanger.com>; slange@viteklange.com; Jennifer S. Richards <jrichards@richardslawpllc.com>
**Cc:** 'Nayeem N. Mohammed' <nayeem@nnmpc.com>
**Subject:** RE: Redlined Amended Complaint

Good afternoon, everyone,

I apologize that it took me so long to connect again. I am wondering if you intend to serve responses to the First Amended Complaint by this Friday, June 12,

2026, per Fed. R. Civ. P. Rule 15(a)(3). If so, and if the responses are generally along the lines of the original Motions to Dismiss, I anticipate being able to serve the oppositions (or an omnibus opposition) within the original deadline of June 23, 2026. Please let me know if I should expect to see the new responses by Friday.

I am not sure what is taking the court so long to issue summonses for the new Washington defendants, but I intend to serve them as soon as I have the summonses.

Best,

Ilya

---

**From:** if@ilyafeoktistov.com <if@ilyafeoktistov.com>
**Sent:** Sunday, May 31, 2026 9:09 PM
**To:** if@ilyafeoktistov.com;

'Clayton Mahaffey' <cmahaffey@burnscharest.com>; 'Andrew Boone' <aboone@canteyhanger.com>; 'Rob Millimet' <rob@richardslawpllc.com>; 'Carter Jansen' <Carter.Jansen@doj.ca.gov>; 'Marissa Pizana' <MPizana@riag.ri.gov>; 'McHenry, James (HEALTH)' <James.McHenry@health.ny.gov>; 'Jack Woodcock' <jwoodcock@PierceAtwood.com>; 'Petrus Wassdorf' <pwassdorf@hslawmail.com>; botoole@griffithdavison.com; 'Hannah Luke' <hluke@hilgerslaw.com>; 'Eric M. Fish' <efish@hooperlundy.com>; 'Kristin Liska' <Kristin.Liska@doj.ca.gov>; 'Rysedorph, Danielle L (HEALTH)' <Danielle.Rysedorph@health.ny.gov>; 'Scott Freshour' <Scott.Freshour@tmb.texas.gov>; 'Brint Carlton' <Brint.Carlton@tmb.texas.gov>; 'Zachos, George (DPH)' <george.zachos@mass.gov>; 'Jordan Parker' <jparker@canteyhanger.com>; slange@viteklange.com; 'Jennifer S. Richards' <jrichards@richardslawpllc.com>
**Subject:** Redlined Amended Complaint

Hey everyone,

As I had mentioned during our first in-person conference, there was a possibility that I would add additional defendant medical boards, and I have done so with the amended complaint filed Friday. I also have made amendments to address some of the issues in your motions to dismiss. I wanted you to have a redline version asap so that you can track changes, but I will be in touch tomorrow about moving forward in light of the amended pleading.

Best,

Ilya

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or

disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s).

Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# Exhibit B

**if@ilyafeoktistov.com**

**From:** Ilya Feoktistov <if@ilyafeoktistov.com>
**Sent:** Monday, August 17, 2026 2:28 PM
**To:** Carter Jansen
**Cc:** gschmidt@willkie.com; 'Hannah Luke'; efish@hooperlundy.com; hromero@hooperlundy.com; 'Nayeem N. Mohammed'; Kristin Liska; jparker@canteyhanger.com; aboone@canteyhanger.com; Artin DerOhanian; rgaddis@burnscharest.com; cmahaffey@burnscharest.com; lsadler@burnscharest.com; jwoodcock@pierceatwood.com; dcharest@burnscharest.com; jhicks@griffithdavison.com; botoole@griffithdavison.com; jrichards@richardslawpllc.com; rob@richardslawpllc.com; mpizana@riag.ri.gov; slange@viteklange.com; pwassdorf@hslawmail.com; khance@hslawmail.com; jstewart@hslawmail.com; richard.roper@vkhh.com; aaron.fickes@atg.wa.gov; grantblaies@bhilaw.com; ggober@bhilaw.com; sarah.e.smith-levy@atg.wa.gov; 'Cara Fitzgerald'
**Subject:** Re: RE: Motion for Extension

We would assent and those are reasonable terms, especially doubling the length of time to reply, given the almost double time we seek. The length is fine too. Since not every defendant used the same arguments, I think 15 pages is fair.

Sent from Proton Mail for iOS.

-------- Original Message --------
On Monday, 08/17/26 at 14:16 Carter Jansen <Carter.Jansen@doj.ca.gov> wrote:

Ilya,

The California Defendants (and I believe at least some of the other defendants) would consent to this extension if:

(1) we are given 2 weeks after the last-filed opposition to file our reply, and

(2) the page limitation for our reply briefs is increased to 15 pages.

With this third extension, Plaintiffs will have had nearly 4 weeks (26 days) to draft and file a response. This is **12 days** more than the 14 days that the Court initially provided. Additionally, we were not consulted regarding the "omnibus" structure of Plaintiffs' responses, and each defendant now has 3 full-length briefs to respond to in only 10 pages under the local rules. We therefore think it's reasonable that defendants should have 2 weeks (**7 days** more than the single week that we had under the initial scheduling order) to respond, and that our page limit should be increased considering that we are each responding to 3 briefs.

Additionally, defendants intend to file a motion to stay defendants' discovery deadlines, including the August 31 deadline for defense expert designations, pending the resolution of our immunity defenses. *See Carswell v. Camp*, 54 F.4th 307, 311 (5th Cir. 2022) ("[A district court] may not permit discovery against the immunity-asserting defendants before it rules on their defense."). Do you assent to this motion?

Best,

Carter

**Carter M. Jansen** | Deputy Attorney General

California Department of Justice | Government Law Section

(213) 269-6601 | carter.jansen@doj.ca.gov

---

**From:** if@ilyafeoktistov.com <if@ilyafeoktistov.com>
**Sent:** Monday, August 17, 2026 8:00 AM
**To:** gschmidt@willkie.com; 'Hannah Luke' <hluke@hilgerslaw.com>; efish@hooperlundy.com; hromero@hooperlundy.com; 'Nayeem N. Mohammed' <nayeem@nnmpc.com>; Carter Jansen <Carter.Jansen@doj.ca.gov>; Kristin Liska <Kristin.Liska@doj.ca.gov>; jparker@canteyhanger.com; aboone@canteyhanger.com; Artin DerOhanian <Artin.DerOhanian@doj.ca.gov>; rgaddis@burnscharest.com; cmahaffey@burnscharest.com; lsadler@burnscharest.com; jwoodcock@pierceatwood.com; dcharest@burnscharest.com; jhicks@griffithdavison.com; botoole@griffithdavison.com; jrichards@richardslawpllc.com; rob@richardslawpllc.com; mpizana@riag.ri.gov; slange@viteklange.com; pwassdorf@hslawmail.com; khance@hslawmail.com; jstewart@hslawmail.com; richard.roper@vkhh.com; aaron.fickes@atg.wa.gov; grantblaies@bhilaw.com; ggober@bhilaw.com; sarah.e.smith-levy@atg.wa.gov; 'Cara Fitzgerald' <cfitzgerald@hilgerslaw.com>
**Subject:** Motion for Extension

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Everyone,

I'm wondering if you would assent to my final motion for an extension to the responses on the motions to dismiss, attached. I am a bit overwhelmed by the amount of drafting. Would you assent to the extensions on the late-filed 12(b)(1) and the final 12(b)(6) portions?

Best,

Ilya

---

**From:** if@ilyafeoktistov.com <if@ilyafeoktistov.com>
**Sent:** Wednesday, August 12, 2026 12:50 AM
**To:** 'Pittman_Orders@txnd.uscourts.gov' <Pittman_Orders@txnd.uscourts.gov>
**Cc:** 'Grant Schmidt' <gschmidt@hilgerslaw.com>; 'Hannah Luke' <hluke@hilgerslaw.com>; 'efish@hooperlundy.com' <efish@hooperlundy.com>; 'hromero@hooperlundy.com' <hromero@hooperlundy.com>; 'nayeem@nnmpc.com' <nayeem@nnmpc.com>; 'carter.jansen@doj.ca.gov' <carter.jansen@doj.ca.gov>; 'kristin.liska@doj.ca.gov' <kristin.liska@doj.ca.gov>; 'jparker@canteyhanger.com' <jparker@canteyhanger.com>; 'aboone@canteyhanger.com' <aboone@canteyhanger.com>; 'artin.derohanian@doj.ca.gov' <artin.derohanian@doj.ca.gov>; 'rgaddis@burnscharest.com' <rgaddis@burnscharest.com>; 'cmahaffey@burnscharest.com' <cmahaffey@burnscharest.com>; 'lsadler@burnscharest.com' <lsadler@burnscharest.com>; 'jwoodcock@pierceatwood.com' <jwoodcock@pierceatwood.com>; 'dcharest@burnscharest.com' <dcharest@burnscharest.com>; 'jhicks@griffithdavison.com' <jhicks@griffithdavison.com>; 'botoole@griffithdavison.com' <botoole@griffithdavison.com>; 'jrichards@richardslawpllc.com' <jrichards@richardslawpllc.com>; 'rob@richardslawpllc.com' <rob@richardslawpllc.com>; 'mpizana@riag.ri.gov' <mpizana@riag.ri.gov>; 'slange@viteklange.com' <slange@viteklange.com>; 'pwassdorf@hslawmail.com' <pwassdorf@hslawmail.com>; 'khance@hslawmail.com' <khance@hslawmail.com>; 'jstewart@hslawmail.com' <jstewart@hslawmail.com>; 'richard.roper@vkhh.com' <richard.roper@vkhh.com>; 'aaron.fickes@atg.wa.gov' <aaron.fickes@atg.wa.gov>; 'grantblaies@bhilaw.com' <grantblaies@bhilaw.com>; 'ggober@bhilaw.com' <ggober@bhilaw.com>; 'sarah.e.smith-levy@atg.wa.gov' <sarah.e.smith-levy@atg.wa.gov>; 'Cara Fitzgerald' <cfitzgerald@hilgerslaw.com>; 'Nayeem N. Mohammed' <nayeem@nnmpc.com>
**Subject:** RE: No. 4:25-cv-01230-P, ECF No. 139 - Proposed Order

Judge Pittman,

Pursuant to the Court's Judge-Specific Requirements, attached is a Word version of the proposed Order on Plaintiffs' Second Motion to Extend the Time to Respond to Defendants' Motions to Dismiss, which was filed today as Dkt. No. 139 in No. 4:25-cv-01230-P, *Sutton, et al. v. Federation of State Medical Boards, Inc., et al.*

Thank you.

Ilya Feoktistov

Counsel for Plaintiffs

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered as CM/ECF users, on this September 13, 2026.

Ilya Feoktistov